UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JORGE ABBUD, CRIM. NO. 12-26

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum                    ( ) Ad Testificandum

1. Jorge Abbud (DOB: 4-10-1978) (hereinafter the "Detainee") is now confined at the ESSEX COUNTY CORRECTIONAL FACILITY.

2. The Detainee is charged in this District by: ( ) Indictment    ( X) Information    () Complaint with a violation of the terms and conditions of supervised release.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the United States District Court, U.S. Courthouse & Post Office, Newark, New Jersey 07102, before the Hon. William H. Walls, U.S.D.J., on April 17, 2012, at 9:30 a.m., for sentencing, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 16, 2012

                                      _____
                                      AARON MENDELSOHN
                                      Assistant U.S. Attorney
                                      Petitioner

## ORDER

Let the Writ Issue.

DATED:

_[signature]_
HON. WILLIAM H. WALLS, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:

WE COMMAND YOU that you have the body of

    Jorge Abbud (DOB: 4-10-1978), SBI no., 714591HD7

now confined at the Essex County Correctional Facility, brought before the United States District Court, the Hon. William H. Walls, U.S.D.J., in the United States District Court, U.S. Courthouse & Post Office, Newark, New Jersey 07102, on April 17, 2012 at 9:30 a.m., in civilian clothes, so that the Detainee may testify in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable William H. Walls, United States District Judge
    Newark, New Jersey.

DATED:                              WILLIAM T. WALSH
                                          Clerk of the U.S. District Court
                                          for the District of New Jersey

                                          Per: _[signature]_
                                                 Deputy Clerk